IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:11-cv-1280-JEB |
| ) | |
| RICHARD RETTA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT ENTRY OF PROPOSED CONSENT JUDGMENT

Plaintiff, the United States of America, and Defendant, Richard A. Retta, hereby jointly move for entry of the attached Consent Judgment.

Respectfully submitted,

THOMAS E. PEREZ
Assistant Attorney General
Civil Rights Division

JONATHAN M. SMITH
Chief
Special Litigation Section

JULIE K. ABBATE
Deputy Chief
Special Litigation Section

/s/ Aaron B. Zisser
AARON B. ZISSER
MICHELLE L. LEUNG
*Counsel for Plaintiff*
Trial Attorneys
United States Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, N.W.
Washington, DC  20530
(202) 514-6255
(202) 514-6903 (fax)
aaron.zisser@usdoj.gov


/s/ Edward L. White III
EDWARD L. WHITE III (adm. phv)
*Counsel for Defendant*
American Center for Law & Justice
5068 Plymouth Road
Ann Arbor, Michigan 48105
(734) 662-2984
(734) 302-1758 (fax)
ewhite@aclj.org

Colby M. May
D.C. Bar No. 394340
*Counsel for Defendant*
American Center for Law & Justice
201 Maryland Avenue, N.E.
Washington, D.C. 20002
(202) 546-8890
(202) 202-546-9309 (fax)
cmmay@aclj-dc.org